In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Jay Street from Nassau Street to Fulton Street, Smith Street from Fulton Street to Atlantic Avenue, Schermerhorn Street from Smith Street to Nevins Street, etc., Borough of Brooklyn, City of New York. THE CITY OF NEW YORK, Respondent; HENBAR, INC., and Others, Appellants.— Appeal by nineteen assessees in the above-entitled proceeding from an order of the Supreme Court, Kings county, denying their motions to vacate the final decree upon the ground that the assessments did not conform to the resolution of the board of estimate. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Adel and Close, JJ., concur.